1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Ave., Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 500-3201

6  Attorneys for Plaintiffs
   Warner Bros. Entertainment Inc.,
7  Disney Enterprises, Inc., and
   The Muppets Studio, LLC
8
   Albert Martinez, an individual and
9  d/b/a Remember Me DVD and
   www.rememberme-dvd.com
10 19649 San Jose Avenue #615
   City of Industry, California 91748
11
   Defendant
12

FILED
CLERK U.S. DISTRICT COURT
JUL 29 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Entertainment Inc., Disney Enterprises, Inc., and The Muppets Studio, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> Danny Garcia; Albert Martinez, an individual and d/b/a Remember Me DVD and www.rememberme-dvd.com; and Does 1 – 10, inclusive, <br><br> Defendants. | **[Filing Under Seal]** <br><br> No. CV11-6019 SVW (FMOx) <br><br> [~~PROPOSED~~] PRELIMINARY INJUNCTION |

**CONFIDENTIAL/FILED UNDER SEAL**

**NOT TO BE OPENED EXCEPT BY ORDER OF THE COURT**

This Court, having considered the Joint Stipulation re Preliminary Injunction filed by Plaintiffs Warner Bros. Entertainment Inc., Disney Enterprises, Inc., and The Muppets Studio, LLC (collectively "Plaintiffs"), on the one hand, and Defendant Albert Martinez, an individual and d/b/a Remember Me DVD and www.rememberme-dvd.com ("Defendant"), on the other hand, and finding good cause therefore,

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Defendant and his agents, servants, employees and attorneys, and all persons in active concert and participation with him, are hereby restrained and enjoined from directly or indirectly infringing Plaintiffs' Copyrights (representative lists of copyright registrations are attached hereto as Exhibits A, C, and E) and Plaintiffs' Trademarks (representative lists of trademark registrations are attached hereto as Exhibits B, D, and F) (collectively "Plaintiffs' Properties") in any manner, including generally, but not limited to, manufacture, importation, distribution, advertising, selling and/or offering for sale any counterfeit DVDs or other merchandise bearing Plaintiffs' Properties ("Unauthorized Media Products"), and specifically:

   a. Importing, manufacturing, distributing, advertising, selling and/or offering for sale the Unauthorized Media Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Properties;

   c. Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to Plaintiffs' Properties;

d. Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe, the actions of Defendant, the products sold by Defendant, or Defendant himself are connected with, are sponsored, approved or licensed by Plaintiffs, or are in some way affiliated with Plaintiffs;

e. Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiffs;

f. Destroying or otherwise disposing of:
  i. Merchandise falsely bearing Plaintiffs' Properties;
  ii. Any other products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Properties;
  iii. Any labels, packages, wrappers, containers or any other unauthorized promotion or advertising material item which reproduces, copies, counterfeits, imitates or bears any of Pl'intiffs' Properties;
  iv. Any molds, screens, patterns, plates, negatives or other elements used for making or manufacturing products bearing Plaintiff's Properties;
  v. Any sales and supply of customer journals, ledgers, invoices, purchase orders, inventory control documents, bank records, catalogs and all other business records, believed to concern the

manufacture, purchase, advertising, sale or offering for sale of the Unauthorized Media Products; and

2. Defendant will preserve during the pendency of this action:

   a. All Unauthorized Media Products bearing Plaintiffs' Properties, or likenesses thereof;

   b. Any other unauthorized products which reproduce, copy, counterfeit, imitate or bear any of Plaintiffs' Properties or which picture, reproduce, copy or use the likeness of or bear a substantial similarity to Plaintiffs' Properties;

   c. Any labels, packages, wrappers, containers and any other unauthorized promotional or advertising material which reproduce, copy, counterfeit, imitate or bear any of Plaintiffs' Properties or which picture, reproduce, copy or use the likeness of or bear a substantial similarity to Plaintiffs' Properties;

   d. Any molds, screens, patterns, plates, negatives, or other elements used for making or manufacturing the Unauthorized Media Products or unauthorized items which bear Plaintiffs' Properties or which bear a substantial similarity to any of Plaintiffs' Properties; and

   e. Customer journals, ledgers, invoices, purchase orders, inventory control documents, and catalogs, reasonably believed to reflect or reveal the manufacture, purchase, advertising, sale or offering for sale of the Unauthorized Media Products.

3. This Preliminary Injunction is issued without the posting by Plaintiffs of any additional bond.

4. Upon entry hereof, the Temporary Restraining Order herein, dated July 21, 2011, is vacated.

5. This Order shall be deemed to have been served upon Defendant at the time of the signing thereof by the Court.

6. The hearing on the Order to Show Cause as to Defendant is vacated.

7. The Sealing Order entered by the Court may be lifted.

8. This matter will remain open and pending before the Court to resolve the issue of damages.

IT IS SO ORDERED:

Dated: JUL 29 2011

_____
Hon. Stephen V. Wilson
Judge, United States District Court,
Central District of California

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiffs Warner Bros.
Entertainment Inc., Disney
Enterprises, Inc., and The Muppets
Studio, LLC

Albert Martinez, an individual and
d/b/a Remember Me DVD and
www.rememberme-dvd.com

By: _____
Albert Martinez, an individual and
d/b/a Remember Me DVD and
www.rememberme-dvd.com
Defendant

# EXHIBIT A

## WARNER BROS. ENTERTAINMENT INC.

## COPYRIGHTS

| Copyright Registration Number: | Title of Work: | Author of Work: |
|---|---|---|
| RE 882-805 | Doc Savage: The Man of Bronze (1975) | Warner Bros. Entertainment Inc. |
| RE 811-078 | Pretty Maids All In A Row (1971) | Warner Bros. Entertainment Inc. |
| PA 502-182 | The Flash: Out of Control | Warner Bros. Entertainment Inc. |
| PA 502-182 | The Flash: Watching the Detectives | Warner Bros. Entertainment Inc. |
| PA 502-178 | The Flash: Honor Among Thieves | Warner Bros. Entertainment Inc. |
| PA 502-188 | The Flash: Double Vision | Warner Bros. Entertainment Inc. |
| PA 502-180 | The Flash: Sins of the Father | Warner Bros. Entertainment Inc. |
| PA 502-185 | The Flash: Child's Play | Warner Bros. Entertainment Inc. |
| PA 502-186 | The Flash: Shroud of Death | Warner Bros. Entertainment Inc. |
| PA 502-190 | The Flash: Ghost in the Machine | Warner Bros. Entertainment Inc. |
| PA 502-187 | The Flash: Sight Unseen | Warner Bros. Entertainment Inc. |
| PA 502-172 | The Flash: Beat the Clock | Warner Bros. Entertainment Inc. |
| PA 502-183 | The Flash: The Trickster | Warner Bros. Entertainment Inc. |
| PA 502-179 | The Flash: Tina, is That You | Warner Bros. Entertainment Inc. |
| PA 502-184 | The Flash: Be My Baby | Warner Bros. Entertainment Inc. |
| PA 502-173 | The Flash: Fast Forward | Warner Bros. Entertainment Inc. |
| PA 502-177 | The Flash: Deadly Nightshade | Warner Bros. Entertainment Inc. |
| PA 502-176 | The Flash: Captain Cold | Warner Bros. Entertainment Inc. |
| PA 502-189 | The Flash: Twin Streaks | Warner Bros. Entertainment Inc. |
| PA 502-174 | The Flash: Done with Mirrors | Warner Bros. Entertainment Inc. |
| PA 502-175 | The Flash: Goodnight, Central City | Warner Bros. Entertainment Inc. |

| PA 502-171 | The Flash: Alpha | Warner Bros. Entertainment Inc. |
|---|---|---|
| PA 502-170 | The Flash: The Trial of the Trickster | Warner Bros. Entertainment Inc. |
| PA 274-628 | Superman, 7 Exciting Episodes! aka The New Adventures of Superman | Warner Bros. Entertainment Inc. |
| RE 594-733 | Speedy Gonzales: Pancho's Hideaway | Warner Bros. Entertainment Inc. |
| RE 594-730 | Speedy Gonzales: Road to Andalay | Warner Bros. Entertainment Inc. |
| RE 594-731 | Speedy Gonzales: It's Nice to Have a Mouse Around the House | Warner Bros. Entertainment Inc. |
| RE 643-142 | Speedy Gonzales: Cats and Bruises | Warner Bros. Entertainment Inc. |
| RE 643-144 | Speedy Gonzales: The Wild Chase | Warner Bros. Entertainment Inc. |
| RE 643-143 | Speedy Gonzales: Moby Duck | Warner Bros. Entertainment Inc. |
| RE 643-140 | Speedy Gonzales: Assault and Peppered | Warner Bros. Entertainment Inc. |
| RE 643-145 | Speedy Gonzales: Well Worn Daffy | Warner Bros. Entertainment Inc. |
| RE 643-156 | Speedy Gonzales: Chili Corn Corny | Warner Bros. Entertainment Inc. |
| RE 643-157 | Speedy Gonzales: Go Go Amigo | Warner Bros. Entertainment Inc. |
| RE 643-160 | Speedy Gonzales: Astroduck | Warner Bros. Entertainment Inc. |
| RE 643-158 | Speedy Gonzales: Mucho Locos | Warner Bros. Entertainment Inc. |
| RE 676-808 | Speedy Gonzales: Mexican Mousepiece | Warner Bros. Entertainment Inc. |
| RE 676-806 | Speedy Gonzales: Daffy Rents | Warner Bros. Entertainment Inc. |
| RE 676-807 | Speedy Gonzales: A Haunting We Will Go | Warner Bros. Entertainment Inc. |
| RE 676-809 | Speedy Gonzales: Snow Excuse | Warner Bros. Entertainment Inc. |
| RE 676-811 | Speedy Gonzales: A Squeak in the Deep | Warner Bros. Entertainment Inc. |
| RE 676-810 | Speedy Gonzales: Feather Finger | Warner Bros. Entertainment Inc. |
| RE 676-812 | Speedy Gonzales: Swing Ding Amigo | Warner Bros. Entertainment Inc. |
| RE 676-814 | Speedy Gonzales: A Taste of Catnip | Warner Bros. Entertainment Inc. |

# EXHIBIT B
# WARNER BROS. ENTERTAINMENT INC.
# TRADEMARKS

| Trademark: | Mark Drawing Code: | Trademark Registration No.: | Trademark Registration Date: |
|---|---|---|---|
| WARNER BROS. | Typed Drawing | 1,026,466 | 12/2/75 |
| WB | Design Plus Words, Letters, and/or Numbers | 1,992,508 | 8/13/96 |
| WB | Design Plus Words, Letters, and/or Numbers | 1,916,148 | 9/5/95 |
| THE WB | Design Plus Words, Letters, and/or Numbers | 2,626,658 | 9/24/02 |
| THE WB | Design Plus Words, Letters, and/or Numbers | 1,971,247 | 4/30/96 |
| WB WARNER BROS. | Design Plus Words, Letters, and/or Numbers | 1,969,829 | 4/23/96 |
| WB WARNER BROS. | Design Plus Words, Letters, and/or Numbers | 0,680,457 | 6/16/59 |
| WB WARNER BROS. PICTURES INC. | Design Plus Words, Letters, and/or Numbers | 0,391,866 | 11/25/41 |
| WB WARNER BROS. TELEVISION | Design Plus Words, Letters, and/or Numbers | 2,017,816 | 11/19/96 |
| WB WARNER HOME VIDEO | Design Plus Words, Letters, and/or Numbers | 2,113,882 | 11/18/97 |
| WARNER HOME VIDEO | Design Plus Words, Letters, and/or Numbers | 1,228,267 | 2/22/83 |
| THE WB'S EASY VIEW | Typed Drawing | 3,038,865 | 1/10/06 |
| WB FAMILY ENTERTAINMENT | Design Plus Words, Letters, and/or Numbers | 1,914,630 | 8/29/95 |
| WB INTERACTIVE ENTERTAINMENT | Design Plus Words, Letters, and/or Numbers | 2,912,293 | 12/21/04 |
| WARNER PREMIERE | Standard Character Mark | 3,383,332 | 2/12/08 |
| WARNER PREMIERE | Standard Character Mark | 3,455,779 | 6/24/08 |

| Mark | Type | Reg. No. | Date |
|---|---|---|---|
| WP WARNER PREMIERE | Design Plus Words, Letters, and/or Numbers | 3,389,519 | 2/26/08 |
| WP WARNER PREMIERE | Design Plus Words, Letters, and/or Numbers | 3,450,210 | 6/17/08 |
| WB RECORDS | Design Plus Words, Letters, and/or Numbers | 3,399,349 | 3/18/08 |
| WARNER BROS. SOUND EFFECTS LIBRARY | Typed Drawing | 1,978,089 | 6/4/96 |
| WI WARNER INDEPENDENT PICTURES | Design Plus Words, Letters, and/or Numbers | 3,064,440 | 2/28/06 |
| ACME | Typed Drawing | 2,862,993 | 7/13/04 |
| ACME COMMUNICATIONS | Typed Drawing | 2,659,944 | 12/10/02 |
| BEL AIR ENTERTAINMENT | Design Plus Words, Letters, and/or Numbers | 2,735,208 | 7/8/03 |
| CARTOON MONSOON | Typed Drawing | 2,833,336 | 4/13/04 |
| DVD DECISION | Typed Drawing | 3,056,160 | 1/31/06 |
| FLIX FROM THE FROG | Typed Drawing | 2,975,170 | 7/26/05 |
| IN2 TV | Design Plus Words, Letters, and/or Numbers | 3,309,058 | 10/9/07 |
| KIDS' WB! | Words, Letters, and/or Numbers in Stylized Form | 2,414,304 | 12/19/00 |
| KIDS' WB! | Design Plus Words, Letters, and/or Numbers | 2,939,416 | 4/12/05 |
| KIDS' WB! | Design Plus Words, Letters, and/or Numbers | 2,002,980 | 9/24/96 |
| MOVIES THAT POP | Standard Character Mark | 3,331,533 | 11/6/07 |
| PLATINUM SERIES | Typed Drawing | 1,914,657 | 8/29/95 |
| PREMIERE COLLECTION | Typed Drawing | 3,087,859 | 5/2/06 |
| T TELEPICTURES PRODUCTIONS | Design Plus Words, Letters, and/or Numbers | 1,999,334 | 9/10/96 |

# EXHIBIT C

# DISNEY ENTERPRISES, INC.

# COPYRIGHTS

| Copyright Registration: | Title of Work: | Author of Work: |
|---|---|---|
| R 557922 | Song of the South | Disney Enterprises, Inc. |
| PA 141-442 | Tron | Disney Enterprises, Inc. |
| RE 571-202; RE 571-203; RE 571-204 | Dr. Syn: The Scarecrow of Romney Marsh | Disney Enterprises, Inc. |
| PA 286-102 | Adventures of the Gummi Bears: A New Beginning | Disney Enterprises, Inc. |
| PA 286-094 | Adventures of the Gummi Bears: The Sinister Sculptor/Zummi Makes It Hot | Disney Enterprises, Inc. |
| PA 286-094 | Adventures of the Gummi Bears: Someday My Prints Will Come/Can I Keep Him? | Disney Enterprises, Inc. |
| PA 286-101 | Adventures of the Gummi Bears: A Gummi in a Gilded Cage | Disney Enterprises, Inc. |
| PA 286-093 | Adventures of the Gummi Bears: The Oracle/When You Wish Upon a Stone | Disney Enterprises, Inc. |
| PA 286-097 | Adventures of the Gummi Bears: A Gummi by Any Other Name | Disney Enterprises, Inc. |
| PA 286-099 | Adventures of the Gummi Bears: Loopy, Go Home/A-Hunting We Will Go | Disney Enterprises, Inc. |
| PA 286-100 | Adventures of the Gummi Bears: The Fence Sitter/Night of the Gargoyle | Disney Enterprises, Inc. |
| PA 286-095 | Adventures of the Gummi Bears: The Secret of the Juice | Disney Enterprises, Inc. |
| PA 286-104 | Adventures of the Gummi Bears: Sweet and Sour Gruffi/Duel of the Wizards | Disney Enterprises, Inc. |
| PA 286-091 | Adventures of the Gummi Bears: What You See Is Me/Toadie's Wild Ride | Disney Enterprises, Inc. |
| PA 286-092 | Adventures of the Gummi Bears: Bubble Trouble/Gummi in a Strange Land | Disney Enterprises, Inc. |
| PA 286-103 | Adventures of the Gummi Bears: Light Makes Right | Disney Enterprises, Inc. |
| PA 310-591 | Adventures of the Gummi Bears: Up, Up, and Away | Disney Enterprises, Inc. |
| PA 311-063 | Adventures of the Gummi Bears: | Disney |

| | Faster Than a Speeding Tummi | Enterprises, Inc. |
|---|---|---|
| PA 311-064 | Adventures of the Gummi Bears: For a Few Sovereigns More | Disney Enterprises, Inc. |
| PA 311-065 | Adventures of the Gummi Bears: Over the River and Through the Trolls | Disney Enterprises, Inc. |
| PA 310-590 | Adventures of the Gummi Bears: You Snooze, You Lose | Disney Enterprises, Inc. |
| PA 311-072 | Adventures of the Gummi Bears: The Crimson Avenger | Disney Enterprises, Inc. |
| PA 312-016 | Adventures of the Gummi Bears: A Hard Dazed Knight | Disney Enterprises, Inc. |
| PA 312-048 | Adventures of the Gummi Bears: Do Unto Ogres | Disney Enterprises, Inc. |
| PA 312-050 | Adventures of the Gummi Bears: For Whom the Spell Holds | Disney Enterprises, Inc. |
| PA 313-552 | Adventures of the Gummi Bears: Little Bears Lost | Disney Enterprises, Inc. |
| PA 317-129 | Adventures of the Gummi Bears: Guess Who's Gumming to Dinner? | Disney Enterprises, Inc. |
| PA 317-130 | Adventures of the Gummi Bears: My Gummi Lies Over the Ocean | Disney Enterprises, Inc. |
| PA 1-149-375 | Adventures of the Gummi Bears: Too Many Cooks/Just a Tad Smarter | Disney Enterprises, Inc. |
| PA 1-125-855 | Adventures of the Gummi Bears: If I Were You/Eye of the Beholder | Disney Enterprises, Inc. |
| PA 1-110-863 | Adventures of the Gummi Bears: Day of the Beevilweevils | Disney Enterprises, Inc. |
| PA 1-125-810 | Adventures of the Gummi Bears: Water Way to Go | Disney Enterprises, Inc. |
| PA 1-110-863 | Adventures of the Gummi Bears: Water Way to Go/Close Encounters of the Gummi Kind | Disney Enterprises, Inc. |
| PA 1-119-694 | Adventures of the Gummi Bears: Close Encounters of the Gummi Kind | Disney Enterprises, Inc. |
| PA 1-125-811 | Adventures of the Gummi Bears: Snows Your Old Man | Disney Enterprises, Inc. |
| PA 1-118-780 | Adventures of the Gummi Bears: Boggling the Bears | Disney Enterprises, Inc. |
| PA 1-114-313 | Adventures of the Gummi Bears: The Knights of Gummadoon | Disney Enterprises, Inc. |
| PA 1-118-758 | Adventures of the Gummi Bears: Mirthy Me | Disney Enterprises, Inc. |
| PA 1-112-812 | Adventures of the Gummi Bears: Gummi Dearest | Disney Enterprises, Inc. |

# EXHIBIT D

# DISNEY ENTERPRISES, INC.

## TRADEMARKS

| Trademark | Mark Drawing Code | Trademark Registration No. | Trademark Registration Date |
|---|---|---|---|
| WALT DISNEY | Typed Drawing | 1,267,000 | 11/22/83 |
| WALT DISNEY | Standard Character Mark | 3,917,336 | 2/8/11 |
| WALT DISNEY | Standard Character Mark | Serial Number 77,225,318 | n/a |
| WALT DISNEY PRESENTS | Words, Letters, and/or Numbers in Stylized Form | 0,826,419 | 3/28/67 |
| CASTLE DEVICE | Design Only | Serial Number 77,154,442 | n/a |
| BUENA VISTA HOME ENTERTAINMENT | Standard Character Mark | 3,946,630 | 4/19/11 |
| BUENA VISTA | Typed Drawing | 1,570,700 | 12/12/89 |
| VISTA SERIES | Typed Drawing | 2,805,355 | 1/13/04 |
| TOUCHSTONE | Typed Drawing | 1,536,119 | 5/31/88 |
| TOUCHSTONE | Design Plus Words, Letters, and/or Numbers | 3,588,875 | 3/10/09 |
| TOUCHSTONE | Typed Drawing | 1,539,650 | 5/16/89 |
| TOUCHSTONE | Design Plus Words, Letters, and/or Numbers | 1,534,696 | 4/11/89 |
| CIRCLE DEVICE | Design Only | 1,322,622 | 2/26/85 |
| DISNEY | Typed Drawing | 2,888,282 | 9/28/04 |
| DISNEY | Typed Drawing | 3,235,413 | 4/24/07 |
| DISNEY | Typed Drawing | 3,410,201 | 4/8/08 |
| DISNEY | Standard Character Mark | Serial Number 77,098,343 | n/a |

| Mark | Type | Registration/Serial Number | Date |
|---|---|---|---|
| D DISNEY FAMILY MOVIES | Design Plus Words, Letters, and/or Numbers | 3,764,357 | 3/23/10 |
| DISNEY DVD IMAGINE, LAUGH & LEARN | Standard Character Mark | 3,512,512 | 10/7/08 |
| DISNEY FAIRIES | Standard Character Mark | 3,532,716 | 11/11/08 |
| DISNEY'S FAST PLAY | Design Plus Words, Letters and/or Numbers | 3,197,261 | 1/9/07 |
| DISNEY'S HOLLYWOOD STUDIOS | Standard Character Mark | Serial Number 77,247,032 | n/a |
| DISNEY IMAGINATION | Standard Character Mark | Serial Number 77,722,264 | n/a |
| DISNEY JUNIOR | Standard Character Mark | Serial Number 85,154,260 | n/a |
| DISNEY JUNIOR | Design Plus Words, Letters, and/or Numbers | Serial Number 85,058,885 | n/a |
| DISNEY MAGIC CONNECTION | Standard Character Mark | Serial Number 77,287,627 | n/a |
| DISNEY MANIA | Standard Character Mark | 3,687,985 | 7/14/09 |
| DISNEYNATURE | Standard Character Mark | 3,835,650 | 8/17/10 |
| DISNEYNATURE | Standard Character Mark | 3,870,914 | 11/2/10 |
| DISNEY PRINCESS | Standard Character Mark | 3,577,933 | 2/17/09 |
| DISNEY SPOTLIGHT | Standard Character Mark | Serial Number 85,307,725 | n/a |
| DISNEY STAR | Standard Character Mark | Serial Number 77,608,335 | n/a |
| DISNEY STUDIO ALL ACCESS | Standard Character Mark | Serial Number 85,170,654 | n/a |
| DISNEY STYLE | Standard Character Mark | Serial Number 85,035,726 | n/a |
| DISNEY XD | Design Plus Words, Letters, and/or Numbers | Serial Number 77,478,247 | n/a |
| DISNEY XD | Words, Letters, and/or Numbers in Stylized Form | 3,778,757 | 4/20/10 |
| DISNEY XD | Standard Character Mark | 3,779,166 | 4/20/10 |

| | | | |
|---|---|---|---|
| DISNEY XD | Words, Letters, and/or Numbers in Stylized Form | 3,761,634 | 3/16/10 |
| DXD | Standard Character Mark | 3,705,751 | 11/3/09 |
| XD | Standard Character Mark | 3,782,344 | 4/27/10 |
| HOUSE OF MOUSE | Typed Drawing | 2,565,232 | 4/30/02 |
| MICKEY MOUSE CLUB | Typed Drawing | 2,278,297 | 9/14/99 |
| TOON DISNEY | Typed Drawing | 2,457,669 | 6/5/01 |
| WALT DISNEY FAMILY FOUNDATION | Standard Character Mark | Serial Number 77,608,719 | n/a |
| WALT DISNEY FAMILY FOUNDATION MEDIA | Standard Character Mark | Serial Number 77,608,742 | n/a |
| WALT DISNEY FAMILY MUSEUM | Standard Character Mark | 3,886,911 | 12/7/10 |
| WALT DISNEY FAMILY MUSEUM | Standard Character Mark | 3,904,845 | 1/11/11 |
| MOVIES. MAGIC. MORE. | Standard Character Mark | Serial Number 77,237,775 | n/a |
| MOVIES. MAGIC. MORE. | Standard Character Mark | Serial Number 77,237,789 | n/a |
| THE DISNEY CHANNEL | Typed Drawing | 1,343,334 | 6/18/85 |

# EXHIBIT E
# THE MUPPETS STUDIO, LLC
## COPYRIGHTS

| Copyright Registration Number: | Title of Work: | Author of Work: |
|---|---|---|
| PA 240-375 | Muppet Babies: Gonzo's Video Show | The Muppets Studio, LLC |
| PA 239-179 | Muppet Babies: Good, Clean Fun | The Muppest Studio, LLC |
| PA 277-234 | Muppet Babies: Snow White and The Seven Muppets | The Muppets Studio, LLC |
| PA 276-828 | Muppet Babies: I Want My Muppet TV | The Muppets Studio, LLC |
| PA 317-034 | Muppet Babies: Kermit Goes to Washington | The Muppets Studio, LLC |
| PA 408-117 | Muppet Babies: My Muppet Valentine | The Muppets Studio, LLC |
| PAu 1-230-649 | Muppet Babies: Six to Eight Weeks | The Muppets Studio, LLC |

# EXHIBIT F

# THE MUPPETS STUDIO, LLC

# TRADEMARKS

| Trademark: | Mark Drawing Code: | Trademark Registration No.: | Trademark Registration Date: |
|---|---|---|---|
| MUPPETS | Standard Character Mark | 3,211,969 | 2/20/07 |
| MUPPETS | Standard Character Mark | 3,185,469 | 12/19/06 |
| MUPPETS | Standard Character Mark | 3,773,542 | 4/6/10 |
| MUPPETS | Standard Character Mark | Serial Number 77,892,766 | n/a |
| MUPPETS | Typed Drawing | 0,949,135 | 12/19/72 |
| THE MUPPET SHOW | Standard Character Mark | Serial Number 77,882,285 | n/a |
| THE MUPPET SHOW | Typed Drawing | 1,127,688 | 12/11/79 |
| MUPPET FEST | Standard Character Mark | Serial Number 77,746,000 | n/a |
| BEAR IN THE BIG BLUE HOUSE | Design Plus Words, Letters and/or Numbers | 3,228,908 | 4/10/07 |
| BEAR IN THE BIG BLUE HOUSE | Design Plus Words, Letters and/or Numbers | 3,477,981 | 7/29/08 |
| BEAR IN THE BIG BLUE HOUSE | Standard Character Mark | 3,477,980 | 7/29/08 |
| BEAR IN THE BIG BLUE HOUSE | Typed Drawing | 2,411,459 | 12/5/00 |
| BEAR IN THE BIG BLUE HOUSE | Standard Character Mark | 3,214,156 | 2/27/07 |

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue Suite 202, Glendale, California 91206.

On July 28, 2011, I served on the interested parties in this action with the:

- **PROOF OF SERVICE SUMMONS AND COMPLAINT (D. Garcia)**
- **PROOF OF SERVICE SUMMONS AND COMPLAINT (A. Martinez)**
- **JOINT STIPULATION RE PRELIMINARY INJUNCTION (D. Garcia)**
- **[PROPOSED] PRELIMINARY INJUNCTION (D. Garcia)**
- **JOINT STIPULATION RE PRELIMINARY INJUNCTION (A. Martinez)**
- **[PROPOSED] PRELIMINARY INJUNCTION (A. Martinez)**

for the following civil action:

<u>Warner Bros. Entertainment Inc., et al. v. Danny Garcia, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Danny Garcia<br>19649 San Jose Ave., #200<br>City of Industry, CA 91748 | *Courtesy Copy to:*<br>Danny Garcia<br><br>Chino, CA 91710 |
| Albert Martinez<br>d/b/a Remember Me DVD and<br>www.rememberme-dvd.com<br>19649 San Jose Ave., #615<br>City of Industry, CA 91748 | *Courtesy Copy to:*<br>Albert Martinez<br>d/b/a Remember Me DVD and<br>www.rememberme-dvd.com<br><br>Whittier, CA 90605 |

Place of Mailing: Glendale, California
Executed on July 28, 2011, at Glendale, California

                         /s/ Jeremy Cordero
                           Jeremy Cordero