1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Nicole L. Drey (SBN 250235)
   nicole@coombspc.com
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 500-3201

6  Attorneys for Plaintiffs Warner Bros.
   Entertainment Inc., Disney Enterprises,
7  Inc., and The Muppets Studio, LLC

8  Danny Garcia
   dbragarcia@aol.com
9  12408 Oleander Avenue
   Chino, California 91710
10 Telephone: (909) 465-0429

11 Defendant, in pro se

12

13            UNITED STATES DISTRICT COURT

14            CENTRAL DISTRICT OF CALIFORNIA

15
   Warner Bros. Entertainment Inc., Disney )   Case No. CV11-6019 SVW (FMOx)
16 Enterprises, Inc., and The Muppets      )
   Studio, LLC,                            )   [PROPOSED] CONSENT DECREE
17                                          )   AND PERMANENT
                   Plaintiffs,              )   INJUNCTION
18                                          )
         v.                                 )
19                                          )
   Danny Garcia, Albert Martinez, an       )
20 individual and d/b/a Remember Me DVD    )
   and www.rememberme-dvd.com, and         )
21 Does 1-10, inclusive,                   )
                                            )
22                 Defendants.              )
                                            )
23

24      The Court, having read and considered the Joint Stipulation for Entry of

25 Consent Decree and Permanent Injunction that has been executed by Plaintiffs Warner

26 Bros. Entertainment Inc., Disney Enterprises, Inc., and The Muppets Studio, LLC

27 (collectively "Plaintiffs") and Defendant Danny Garcia ("Defendant"), in this action,

28 and good cause appearing therefore, hereby:

Warner Bros., et al. v. Garcia, et al.: [Proposed] Consent Decree     - 1 -
(Garcia)

1   ORDERS that based on the Parties' stipulation and only as to Defendant, his

2   successors, heirs, and assignees, this Injunction shall be and is hereby entered in the

3   within action as follows:

4   1)    This Court has jurisdiction over the parties to this action and over the subject

5   matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338.

6   Service of process was properly made against Defendant.

7   2)    Warner Bros. Entertainment Inc. owns or controls the copyright or pertinent

8   exclusive right to distribute or license the distribution of home video and digital

9   products, including video home cassettes (VHS) as well as optical discs, including, but

10  not limited to, video compact discs (VCDs), digital versatile discs (DVDs) and Blu-ray

11  discs (collectively "Media Products") incorporating the motion picture or television

12  titles subject to the copyright registrations listed in Exhibit "A" attached hereto and

13  incorporated herein by this reference (the "Warner Bros. Works").

14  3)    Warner Bros. Entertainment Inc. is the owner of all rights in and to the

15  trademark registrations listed in Exhibit "B" attached hereto and incorporated herein

16  by this reference (the "Warner Bros. Trademarks").

17  4)    Disney Enterprises, Inc. owns or controls the copyright or pertinent exclusive

18  right to distribute or license the distribution of home video and digital products,

19  including Media Products incorporating the motion picture or television titles subject

20  to the copyright registrations listed in Exhibit "C" attached hereto and incorporated

21  herein by this reference (the "Disney Works").

22  5)    Disney Enterprises, Inc. is the owner of all rights in and to the trademark

23  registrations listed in Exhibit "D" attached hereto and incorporated herein by this

24  reference (the "Disney Trademarks").

25  6)    The Muppets Studio, LLC owns or controls the copyright or pertinent exclusive

26  right to distribute or license the distribution of home video and digital products,

27  including Media Products incorporating the motion picture or television titles subject

28

Warner Bros., et al. v. Garcia, et al.: [Proposed] Consent Decree       - 2 -
(Garcia)

to the copyright registrations listed in Exhibit "E" attached hereto and incorporated herein by this reference (the "Muppets Works").

7)      The Muppets Studio, LLC is the owner of all rights in and to the trademark registrations listed in Exhibit "F" attached hereto and incorporated herein by this reference (the "Muppets Trademarks"). (The Warner Bros. Works, Warner Bros. Trademarks, Disney Works, Disney Trademarks, Muppets Works, and Muppets Trademarks are collectively referred to herein as "Plaintiffs' Properties.")

8)      Plaintiffs have alleged that Defendant has made unauthorized uses of Plaintiffs' Properties or substantially similar likenesses or colorable imitations thereof.

9)      Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiffs' Properties, including, but not limited to, the following:

    a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiffs' Properties;

    b)      Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiffs' Properties; or

    c)      Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of

1           any of Plaintiffs' Properties while declining to exercise a right to stop or

2           limit such unauthorized copying, reproduction, downloading, distribution,

3           uploading, linking to, transmission, or public performance of any of

4           Plaintiffs' Properties.

5    10)    Each side shall bear its own fees and costs of suit.

6    11)    The Bond re Defendants (No. 105629726) in the amount of Five Thousand

7    Dollars ($5,000.00) filed by Plaintiffs in connection with the temporary restraining

8    order and order for seizure and impoundment is exonerated and discharged, and the

9    surety on said undertaking shall have no further liability in connection therewith

10   whatsoever.

11   12)    Except as provided herein, all claims alleged in the Complaint as to Defendant

12   are dismissed with prejudice.

13   13)    This Injunction shall be deemed to have been served upon Defendant at the time

14   of its execution by the Court.

15   14)    The Court finds there is no just reason for delay in entering this Injunction and,

16   pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs

17   immediate entry of this Injunction against Defendant.

18   15)    The Court shall retain jurisdiction of this action to entertain such further

19   proceedings and to enter such further orders as may be necessary or appropriate to

20   implement and enforce the provisions of this Injunction.

21   16)    The above-captioned action, shall, upon filing by Plaintiffs of the Settlement

22   Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation,

23   and requesting entry of judgment against Defendant, be reopened should Defendant

24   default under the terms of the Settlement Agreement.

25   17)    This Court shall retain jurisdiction over Defendant for the purpose of making

26   further orders necessary or proper for the construction or modification of this consent

27   decree and judgment; the enforcement hereof; the punishment of any violations

28

hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: 9/20/11

_____
Hon. Stephen V. Wilson
Judge, United States District Court
for the Central District of California

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By:  /s/ Nicole L. Drey
     J. Andrew Coombs
     Nicole L. Drey
Attorneys for Plaintiffs Warner Bros.
Entertainment Inc., Disney Enterprises,
Inc., and The Muppets Studio, LLC

Danny Garcia

By: _____
    Danny Garcia
Defendant, *in pro se*

# EXHIBIT A

## WARNER BROS. WORKS

| Copyright Registration Number: | Title of Work: | Author of Work: |
|---|---|---|
| RE 882-805 | Doc Savage: The Man of Bronze (1975) | Warner Bros. Entertainment Inc. |
| RE 811-078 | Pretty Maids All In A Row (1971) | Warner Bros. Entertainment Inc. |
| PA 502-182 | The Flash: Out of Control | Warner Bros. Entertainment Inc. |
| PA 502-182 | The Flash: Watching the Detectives | Warner Bros. Entertainment Inc. |
| PA 502-178 | The Flash: Honor Among Thieves | Warner Bros. Entertainment Inc. |
| PA 502-188 | The Flash: Double Vision | Warner Bros. Entertainment Inc. |
| PA 502-180 | The Flash: Sins of the Father | Warner Bros. Entertainment Inc. |
| PA 502-185 | The Flash: Child's Play | Warner Bros. Entertainment Inc. |
| PA 502-186 | The Flash: Shroud of Death | Warner Bros. Entertainment Inc. |
| PA 502-190 | The Flash: Ghost in the Machine | Warner Bros. Entertainment Inc. |
| PA 502-187 | The Flash: Sight Unseen | Warner Bros. Entertainment Inc. |
| PA 502-172 | The Flash: Beat the Clock | Warner Bros. Entertainment Inc. |
| PA 502-183 | The Flash: The Trickster | Warner Bros. Entertainment Inc. |
| PA 502-179 | The Flash: Tina, is That You | Warner Bros. Entertainment Inc. |
| PA 502-184 | The Flash: Be My Baby | Warner Bros. Entertainment Inc. |
| PA 502-173 | The Flash: Fast Forward | Warner Bros. Entertainment Inc. |
| PA 502-177 | The Flash: Deadly Nightshade | Warner Bros. Entertainment Inc. |
| PA 502-176 | The Flash: Captain Cold | Warner Bros. Entertainment Inc. |
| PA 502-189 | The Flash: Twin Streaks | Warner Bros. Entertainment Inc. |
| PA 502-174 | The Flash: Done with Mirrors | Warner Bros. Entertainment Inc. |
| PA 502-175 | The Flash: Goodnight, Central City | Warner Bros. Entertainment Inc. |
| PA 502-171 | The Flash: Alpha | Warner Bros. Entertainment Inc. |

| PA 502-170 | The Flash:<br>The Trial of the Trickster | Warner Bros.<br>Entertainment Inc. |
|---|---|---|
| PA 274-628 | Superman, 7 Exciting<br>Episodes! aka The New<br>Adventures of Superman | Warner Bros.<br>Entertainment Inc. |
| RE 594-733 | Speedy Gonzales:<br>Pancho's Hideaway | Warner Bros.<br>Entertainment Inc. |
| RE 594-730 | Speedy Gonzales:<br>Road to Andalay | Warner Bros.<br>Entertainment Inc. |
| RE 594-731 | Speedy Gonzales:<br>It's Nice to Have a Mouse<br>Around the House | Warner Bros.<br>Entertainment Inc. |
| RE 643-142 | Speedy Gonzales:<br>Cats and Bruises | Warner Bros.<br>Entertainment Inc. |
| RE 643-144 | Speedy Gonzales:<br>The Wild Chase | Warner Bros.<br>Entertainment Inc. |
| RE 643-143 | Speedy Gonzales:<br>Moby Duck | Warner Bros.<br>Entertainment Inc. |
| RE 643-140 | Speedy Gonzales:<br>Assault and Peppered | Warner Bros.<br>Entertainment Inc. |
| RE 643-145 | Speedy Gonzales:<br>Well Worn Daffy | Warner Bros.<br>Entertainment Inc. |
| RE 643-156 | Speedy Gonzales:<br>Chili Corn Corny | Warner Bros.<br>Entertainment Inc. |
| RE 643-157 | Speedy Gonzales:<br>Go Go Amigo | Warner Bros.<br>Entertainment Inc. |
| RE 643-160 | Speedy Gonzales:<br>Astroduck | Warner Bros.<br>Entertainment Inc. |
| RE 643-158 | Speedy Gonzales:<br>Mucho Locos | Warner Bros.<br>Entertainment Inc. |
| RE 676-808 | Speedy Gonzales:<br>Mexican Mousepiece | Warner Bros.<br>Entertainment Inc. |
| RE 676-806 | Speedy Gonzales:<br>Daffy Rents | Warner Bros.<br>Entertainment Inc. |
| RE 676-807 | Speedy Gonzales:<br>A Haunting We Will Go | Warner Bros.<br>Entertainment Inc. |
| RE 676-809 | Speedy Gonzales:<br>Snow Excuse | Warner Bros.<br>Entertainment Inc. |
| RE 676-811 | Speedy Gonzales:<br>A Squeak in the Deep | Warner Bros.<br>Entertainment Inc. |
| RE 676-810 | Speedy Gonzales:<br>Feather Finger | Warner Bros.<br>Entertainment Inc. |
| RE 676-812 | Speedy Gonzales:<br>Swing Ding Amigo | Warner Bros.<br>Entertainment Inc. |
| RE 676-814 | Speedy Gonzales:<br>A Taste of Catnip | Warner Bros.<br>Entertainment Inc. |

| | | |
|---|---|---|
| COMPILATION WALKY TALKY HAWKY: R558106; LOVELORN LEGHORN: R681342 | Foghorn Leghorn (Animated Series) | Warner Bros. Entertainment Inc. |
| COMPILATION Ep. 1:SUPERMAN COMES TO EARTH: R625631; Ep. 15: THE PAYOFF: R625638 | Superman | Warner Bros. Entertainment Inc. |

# EXHIBIT B

# WARNER BROS. TRADEMARKS

| Trademark: | Mark Drawing Code: | Trademark Registration No.: | Trademark Registration Date: |
|---|---|---|---|
| WARNER BROS. | Typed Drawing | 1,026,466 | 12/2/75 |
| WB | Design Plus Words, Letters, and/or Numbers | 1,992,508 | 8/13/96 |
| WB | Design Plus Words, Letters, and/or Numbers | 1,916,148 | 9/5/95 |
| THE WB | Design Plus Words, Letters, and/or Numbers | 2,626,658 | 9/24/02 |
| THE WB | Design Plus Words, Letters, and/or Numbers | 1,971,247 | 4/30/96 |
| WB WARNER BROS. | Design Plus Words, Letters, and/or Numbers | 1,969,829 | 4/23/96 |
| WB WARNER BROS. | Design Plus Words, Letters, and/or Numbers | 0,680,457 | 6/16/59 |
| WB WARNER BROS. PICTURES INC. | Design Plus Words, Letters, and/or Numbers | 0,391,866 | 11/25/41 |
| WB WARNER BROS. TELEVISION | Design Plus Words, Letters, and/or Numbers | 2,017,816 | 11/19/96 |
| WB WARNER HOME VIDEO | Design Plus Words, Letters, and/or Numbers | 2,113,882 | 11/18/97 |
| WARNER HOME VIDEO | Design Plus Words, Letters, and/or Numbers | 1,228,267 | 2/22/83 |
| THE WB'S EASY VIEW | Typed Drawing | 3,038,865 | 1/10/06 |
| WB FAMILY ENTERTAINMENT | Design Plus Words, Letters, and/or Numbers | 1,914,630 | 8/29/95 |
| WB INTERACTIVE ENTERTAINMENT | Design Plus Words, Letters, and/or Numbers | 2,912,293 | 12/21/04 |
| WARNER PREMIERE | Standard Character Mark | 3,383,332 | 2/12/08 |
| WARNER PREMIERE | Standard Character Mark | 3,455,779 | 6/24/08 |
| WP WARNER PREMIERE | Design Plus Words, Letters, | 3,389,519 | 2/26/08 |
| WP WARNER PREMIERE | Design Plus Words, Letters, | 3,450,210 | 6/17/08 |

| | and/or Numbers | | |
|---|---|---|---|
| WB RECORDS | Design Plus Words, Letters, and/or Numbers | 3,399,349 | 3/18/08 |
| WARNER BROS. SOUND EFFECTS LIBRARY | Typed Drawing | 1,978,089 | 6/4/96 |
| WI WARNER INDEPENDENT PICTURES | Design Plus Words, Letters, and/or Numbers | 3,064,440 | 2/28/06 |
| ACME | Typed Drawing | 2,862,993 | 7/13/04 |
| ACME COMMUNICATIONS | Typed Drawing | 2,659,944 | 12/10/02 |
| BEL AIR ENTERTAINMENT | Design Plus Words, Letters, and/or Numbers | 2,735,208 | 7/8/03 |
| CARTOON MONSOON | Typed Drawing | 2,833,336 | 4/13/04 |
| DVD DECISION | Typed Drawing | 3,056,160 | 1/31/06 |
| FLIX FROM THE FROG | Typed Drawing | 2,975,170 | 7/26/05 |
| IN2 TV | Design Plus Words, Letters, and/or Numbers | 3,309,058 | 10/9/07 |
| KIDS' WB! | Words, Letters, and/or Numbers in Stylized Form | 2,414,304 | 12/19/00 |
| KIDS' WB! | Design Plus Words, Letters, and/or Numbers | 2,939,416 | 4/12/05 |
| KIDS' WB! | Design Plus Words, Letters, and/or Numbers | 2,002,980 | 9/24/96 |
| MOVIES THAT POP | Standard Character Mark | 3,331,533 | 11/6/07 |
| PLATINUM SERIES | Typed Drawing | 1,914,657 | 8/29/95 |
| PREMIERE COLLECTION | Typed Drawing | 3,087,859 | 5/2/06 |
| T TELEPICTURES PRODUCTIONS | Design Plus Words, Letters, and/or Numbers | 1,999,334 | 9/10/96 |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT C

# DISNEY WORKS

| Copyright Registration: | Title of Work: | Author of Work: |
|---|---|---|
| R 557922 | Song of the South | Disney Enterprises, Inc. |
| PA 141-442 | Tron | Disney Enterprises, Inc. |
| RE 571-202; RE 571-203; RE 571-204 | Dr. Syn: The Scarecrow of Romney Marsh | Disney Enterprises, Inc. |
| PA 286-102 | Adventures of the Gummi Bears: A New Beginning | Disney Enterprises, Inc. |
| PA 286-094 | Adventures of the Gummi Bears: The Sinister Sculptor/Zummi Makes It Hot | Disney Enterprises, Inc. |
| PA 286-094 | Adventures of the Gummi Bears: Someday My Prints Will Come/Can I Keep Him? | Disney Enterprises, Inc. |
| PA 286-101 | Adventures of the Gummi Bears: A Gummi in a Gilded Cage | Disney Enterprises, Inc. |
| PA 286-093 | Adventures of the Gummi Bears: The Oracle/When You Wish Upon a Stone | Disney Enterprises, Inc. |
| PA 286-097 | Adventures of the Gummi Bears: A Gummi by Any Other Name | Disney Enterprises, Inc. |
| PA 286-099 | Adventures of the Gummi Bears: Loopy, Go Home/A-Hunting We Will Go | Disney Enterprises, Inc. |
| PA 286-100 | Adventures of the Gummi Bears: The Fence Sitter/Night of the Gargoyle | Disney Enterprises, Inc. |
| PA 286-095 | Adventures of the Gummi Bears: The Secret of the Juice | Disney Enterprises, Inc. |
| PA 286-104 | Adventures of the Gummi Bears: Sweet and Sour Gruffi/Duel of the Wizards | Disney Enterprises, Inc. |
| PA 286-091 | Adventures of the Gummi Bears: What You See Is Me/Toadie's Wild Ride | Disney Enterprises, Inc. |
| PA 286-092 | Adventures of the Gummi Bears: Bubble Trouble/Gummi in a Strange Land | Disney Enterprises, Inc. |
| PA 286-103 | Adventures of the Gummi Bears: Light Makes Right | Disney Enterprises, Inc. |
| PA 310-591 | Adventures of the Gummi Bears: Up, Up, and Away | Disney Enterprises, Inc. |
| PA 311-063 | Adventures of the Gummi Bears: Faster Than a Speeding Tummi | Disney Enterprises, Inc. |
| PA 311-064 | Adventures of the Gummi Bears: For a Few Sovereigns More | Disney Enterprises, Inc. |
| PA 311-065 | Adventures of the Gummi Bears: Over the River and Through the | Disney Enterprises, Inc. |

| | Trolls | |
|---|---|---|
| PA 310-590 | Adventures of the Gummi Bears: You Snooze, You Lose | Disney Enterprises, Inc. |
| PA 311-072 | Adventures of the Gummi Bears: The Crimson Avenger | Disney Enterprises, Inc. |
| PA 312-016 | Adventures of the Gummi Bears: A Hard Dazed Knight | Disney Enterprises, Inc. |
| PA 312-048 | Adventures of the Gummi Bears: Do Unto Ogres | Disney Enterprises, Inc. |
| PA 312-050 | Adventures of the Gummi Bears: For Whom the Spell Holds | Disney Enterprises, Inc. |
| PA 313-552 | Adventures of the Gummi Bears: Little Bears Lost | Disney Enterprises, Inc. |
| PA 317-129 | Adventures of the Gummi Bears: Guess Who's Gumming to Dinner? | Disney Enterprises, Inc. |
| PA 317-130 | Adventures of the Gummi Bears: My Gummi Lies Over the Ocean | Disney Enterprises, Inc. |
| PA 1-149-375 | Adventures of the Gummi Bears: Too Many Cooks/Just a Tad Smarter | Disney Enterprises, Inc. |
| PA 1-125-855 | Adventures of the Gummi Bears: If I Were You/Eye of the Beholder | Disney Enterprises, Inc. |
| PA 1-110-863 | Adventures of the Gummi Bears: Day of the Beevilweevils | Disney Enterprises, Inc. |
| PA 1-125-810 | Adventures of the Gummi Bears: Water Way to Go | Disney Enterprises, Inc. |
| PA 1-110-863 | Adventures of the Gummi Bears: Water Way to Go/Close Encounters of the Gummi Kind | Disney Enterprises, Inc. |
| PA 1-119-694 | Adventures of the Gummi Bears: Close Encounters of the Gummi Kind | Disney Enterprises, Inc. |
| PA 1-125-811 | Adventures of the Gummi Bears: Snows Your Old Man | Disney Enterprises, Inc. |
| PA 1-118-780 | Adventures of the Gummi Bears: Boggling the Bears | Disney Enterprises, Inc. |
| PA 1-114-313 | Adventures of the Gummi Bears: The Knights of Gummadoon | Disney Enterprises, Inc. |
| PA 1-118-758 | Adventures of the Gummi Bears: Mirthy Me | Disney Enterprises, Inc. |
| PA 1-112-812 | Adventures of the Gummi Bears: Gummi Dearest | Disney Enterprises, Inc. |
| 19253 (music registration) | America Sings | Disney Enterprises, Inc. |
| PA 959-771 | Gargoyles Season 1 | Disney Enterprises, Inc. |
| PA 2-121-742 | Gargoyles Season 2 | Disney Enterprises, Inc. |
| PA 2-127-440 | Gargoyles Season 3 | Disney Enterprises, Inc. |
| PA 31-684 | Mickey Mouse Club | Disney Enterprises, Inc. |
| PA 659-601 | Nightmare Before Christmas | Disney Enterprises, Inc. |
| PA 1-293-368 | Schoolhouse Rock - Compilation | Disney Enterprises, Inc. |
| PA 377-388 | Schoolhouse Rock! - History Rock | Disney Enterprises, Inc. |
| PA 377-390 | Schoolhouse Rock! - Multiplication Rock | Disney Enterprises, Inc. |

**EXHIBIT D**

**DISNEY TRADEMARKS**

| Trademark | Mark Drawing Code | Trademark Registration No. | Trademark Registration Date |
|---|---|---|---|
| WALT DISNEY | Typed Drawing | 1,267,000 | 11/22/83 |
| WALT DISNEY | Standard Character Mark | 3,917,336 | 2/8/11 |
| WALT DISNEY | Standard Character Mark | Serial Number 77,225,318 | n/a |
| WALT DISNEY PRESENTS | Words, Letters, and/or Numbers in Stylized Form | 0,826,419 | 3/28/67 |
| CASTLE DEVICE | Design Only | Serial Number 77,154,442 | n/a |
| BUENA VISTA HOME ENTERTAINMENT | Standard Character Mark | 3,946,630 | 4/19/11 |
| BUENA VISTA | Typed Drawing | 1,570,700 | 12/12/89 |
| VISTA SERIES | Typed Drawing | 2,805,355 | 1/13/04 |
| TOUCHSTONE | Typed Drawing | 1,536,119 | 5/31/88 |
| TOUCHSTONE | Design Plus Words, Letters, and/or Numbers | 3,588,875 | 3/10/09 |
| TOUCHSTONE | Typed Drawing | 1,539,650 | 5/16/89 |
| TOUCHSTONE | Design Plus Words, Letters, and/or Numbers | 1,534,696 | 4/11/89 |
| CIRCLE DEVICE | Design Only | 1,322,622 | 2/26/85 |
| DISNEY | Typed Drawing | 2,888,282 | 9/28/04 |
| DISNEY | Typed Drawing | 3,235,413 | 4/24/07 |
| DISNEY | Typed Drawing | 3,410,201 | 4/8/08 |
| DISNEY | Standard Character Mark | Serial Number 77,098,343 | n/a |
| D DISNEY FAMILY MOVIES | Design Plus Words, Letters, and/or Numbers | 3,764,357 | 3/23/10 |

| | | | |
|---|---|---|---|
| DISNEY DVD IMAGINE, LAUGH & LEARN | Standard Character Mark | 3,512,512 | 10/7/08 |
| DISNEY FAIRIES | Standard Character Mark | 3,532,716 | 11/11/08 |
| DISNEY'S FAST PLAY | Design Plus Words, Letters and/or Numbers | 3,197,261 | 1/9/07 |
| DISNEY'S HOLLYWOOD STUDIOS | Standard Character Mark | Serial Number 77,247,032 | n/a |
| DISNEY IMAGINATION | Standard Character Mark | Serial Number 77,722,264 | n/a |
| DISNEY JUNIOR | Standard Character Mark | Serial Number 85,154,260 | n/a |
| DISNEY JUNIOR | Design Plus Words, Letters, and/or Numbers | Serial Number 85,058,885 | n/a |
| DISNEY MAGIC CONNECTION | Standard Character Mark | Serial Number 77,287,627 | n/a |
| DISNEY MANIA | Standard Character Mark | 3,687,985 | 7/14/09 |
| DISNEYNATURE | Standard Character Mark | 3,835,650 | 8/17/10 |
| DISNEYNATURE | Standard Character Mark | 3,870,914 | 11/2/10 |
| DISNEY PRINCESS | Standard Character Mark | 3,577,933 | 2/17/09 |
| DISNEY SPOTLIGHT | Standard Character Mark | Serial Number 85,307,725 | n/a |
| DISNEY STAR | Standard Character Mark | Serial Number 77,608,335 | n/a |
| DISNEY STUDIO ALL ACCESS | Standard Character Mark | Serial Number 85,170,654 | n/a |
| DISNEY STYLE | Standard Character Mark | Serial Number 85,035,726 | n/a |
| DISNEY XD | Design Plus Words, Letters, and/or Numbers | Serial Number 77,478,247 | n/a |
| DISNEY XD | Words, Letters, and/or Numbers in Stylized Form | 3,778,757 | 4/20/10 |
| DISNEY XD | Standard Character Mark | 3,779,166 | 4/20/10 |
| DISNEY XD | Words, Letters, and/or Numbers in Stylized Form | 3,761,634 | 3/16/10 |

| DXD | Standard Character Mark | 3,705,751 | 11/3/09 |
|---|---|---|---|
| XD | Standard Character Mark | 3,782,344 | 4/27/10 |
| HOUSE OF MOUSE | Typed Drawing | 2,565,232 | 4/30/02 |
| MICKEY MOUSE CLUB | Typed Drawing | 2,278,297 | 9/14/99 |
| TOON DISNEY | Typed Drawing | 2,457,669 | 6/5/01 |
| WALT DISNEY FAMILY FOUNDATION | Standard Character Mark | Serial Number 77,608,719 | n/a |
| WALT DISNEY FAMILY FOUNDATION MEDIA | Standard Character Mark | Serial Number 77,608,742 | n/a |
| WALT DISNEY FAMILY MUSEUM | Standard Character Mark | 3,886,911 | 12/7/10 |
| WALT DISNEY FAMILY MUSEUM | Standard Character Mark | 3,904,845 | 1/11/11 |
| MOVIES. MAGIC. MORE. | Standard Character Mark | Serial Number 77,237,775 | n/a |
| MOVIES. MAGIC. MORE. | Standard Character Mark | Serial Number 77,237,789 | n/a |
| THE DISNEY CHANNEL | Typed Drawing | 1,343,334 | 6/18/85 |

# EXHIBIT E

## MUPPETS WORKS

| Copyright Registration Number: | Title of Work: | Author of Work: |
|---|---|---|
| PA 240-375 | Muppet Babies: Gonzo's Video Show | The Muppet Studio, LLC |
| PA 239-179 | Muppet Babies: Good, Clean Fun | The Muppet Studio, LLC |
| PA 277-234 | Muppet Babies: Snow White and The Seven Muppets | The Muppet Studio, LLC |
| PA 276-828 | Muppet Babies: I Want My Muppet TV | The Muppet Studio, LLC |
| PA 317-034 | Muppet Babies: Kermit Goes to Washington | The Muppet Studio, LLC |
| PA 408-117 | Muppet Babies: My Muppet Valentine | The Muppet Studio, LLC |
| PAu 1-230-649 | Muppet Babies: Six to Eight Weeks | The Muppet Studio, LLC |

# EXHIBIT F

## MUPPETS TRADEMARKS

| Trademark: | Mark Drawing Code: | Trademark Registration No.: | Trademark Registration Date: |
|---|---|---|---|
| MUPPETS | Standard Character Mark | 3,211,969 | 2/20/07 |
| MUPPETS | Standard Character Mark | 3,185,469 | 12/19/06 |
| MUPPETS | Standard Character Mark | 3,773,542 | 4/6/10 |
| MUPPETS | Standard Character Mark | Serial Number 77,892,766 | n/a |
| MUPPETS | Typed Drawing | 0,949,135 | 12/19/72 |
| THE MUPPET SHOW | Standard Character Mark | Serial Number 77,882,285 | n/a |
| THE MUPPET SHOW | Typed Drawing | 1,127,688 | 12/11/79 |
| MUPPET FEST | Standard Character Mark | Serial Number 77,746,000 | n/a |
| BEAR IN THE BIG BLUE HOUSE | Design Plus Words, Letters and/or Numbers | 3,228,908 | 4/10/07 |
| BEAR IN THE BIG BLUE HOUSE | Design Plus Words, Letters and/or Numbers | 3,477,981 | 7/29/08 |
| BEAR IN THE BIG BLUE HOUSE | Standard Character Mark | 3,477,980 | 7/29/08 |
| BEAR IN THE BIG BLUE HOUSE | Typed Drawing | 2,411,459 | 12/5/00 |
| BEAR IN THE BIG BLUE HOUSE | Standard Character Mark | 3,214,156 | 2/27/07 |

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue Suite 202, Glendale, California 91206.

On September 14, 2011, I served on the interested parties in this action with the:

- **JOINT STIPULATION RE ENTRY OF [PROPOSED] CONSENT DECREE AND PERMANENT INJUNCTION**
- **[PROPOSED] CONSENT DECREE AND PERMANENT INJUNCTION**

for the following civil action:

<u>Warner Bros. Entertainment Inc., et al. v. Danny Garcia, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Danny Garcia<br>19649 San Jose Ave., #200<br>City of Industry, CA 91748 | *Courtesy Copy to*:<br>Danny Garcia<br>12408 Oleander Ave.<br>Chino, CA 91710 |
| Albert Martinez<br>d/b/a Remember Me DVD and<br>www.rememberme-dvd.com<br>19649 San Jose Ave., #615<br>City of Industry, CA 91748 | *Courtesy Copy to*:<br>Albert Martinez<br>d/b/a Remember Me DVD and<br>www.rememberme-dvd.com<br>8202 College Ave.<br>Whittier, CA 90605 |

Place of Mailing: Glendale, California
Executed on September 14, 2011, at Glendale, California

*Katrina Bartolome*
Katrina Bartolome

# Stipulation

2:11-cv-06019-SVW -FMO Warner Bros Entertainment Inc et al v. Danny Garcia et al
(FMOx), AO120, AO121, DISCOVERY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Drey, Nicole on 9/14/2011 at 8:52 AM PDT and filed on
9/14/2011

| | |
|---|---|
| **Case Name:** | Warner Bros Entertainment Inc et al v. Danny Garcia et al |
| **Case Number:** | 2:11-cv-06019-SVW -FMO |
| **Filer:** | Disney Enterprises Inc |
| | Warner Bros Entertainment Inc |
| | The Muppets Studio, LLC |

**Document Number:** 21

**Docket Text:**
**Joint STIPULATION for Order RE ENTRY OF [PROPOSED] CONSENT DECREE AND
PERMANENT INJUNCTION AS TO DEFENDANT DANNY GARCIA filed by plaintiffs Disney
Enterprises Inc, The Muppets Studio, LLC, Warner Bros Entertainment Inc. (Attachments: #
(1) [PROPOSED] CONSENT DECREE AND PERMANENT INJUNCTION)(Drey, Nicole)**

**2:11-cv-06019-SVW -FMO Notice has been electronically mailed to:**

James Andrew Coombs    andy@coombspc.com, katrina@coombspc.com, ruth@coombspc.com

Nicole L Drey    nicole@coombspc.com

**2:11-cv-06019-SVW -FMO Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\2011_09_14 Joint Stipulation re Consent ...cia) (fully executed) (FILE).pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=9/14/2011] [FileNumber=12275843-0
] [a78e5323243aa2483d2089aad2444851c7097ceaaaea660be6f7bbdd921a1f71009
eb0f9b23a9784559b9d75832fd6ff81539a2ceb9ee3876aba837f52ebb8d4]]
**Document description:** [PROPOSED] CONSENT DECREE AND PERMANENT INJUNCTION
**Original filename:** C:\fakepath\2011_09_14 Consent Decree (Garcia) (fully executed)(FILE).pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=9/14/2011] [FileNumber=12275843-1
] [6a14137b85dfb18a52a9c0662d9cfab557fc88d60db3bf47b908cc4d98049c4f156
cad02f2fbe368b23750f3d74c008de05a52f7a7f1ca791034123d6a15cebb]]